Commonwealth *v.* Ginlett, Appellant.

Argued March 19, 1973. *James W. Tracey, III,* with him *Wollman, Tracey and Schlesinger,* for appellant; *Norris E. Gelman,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Good et al., Appellants.

Argued March 19, 1973. *Mark S. Refowich* and *Jackson M. Sigmon,* with them *Herbert Fishbone, William F. Moran, Jr., Fishbone and Refowich,* and *Sigmon, Littner & Ross,* for appellants; *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed on the opinion of PALMER, P. J., of the court below.

Commonwealth *v.* Gracey, Appellant.

Argued March 26, 1973. *Leonard J. Gajewski,* for appel-